| Date | Hours | Service | Rate | Total |
|---|---|---|---|---|
| 9/22/2013 | 0.3 | draft retention letter to client, form 2016b, notice of substitution | $250.00 | $75.00 |
| 10/6/2013 | 0.2 | review docs from client, efile substitution of counsel | $250.00 | $50.00 |
| 9/13/2014 | 0.3 | review plan and case, feasibility, claim treatment and status | $250.00 | $75.00 |
| 9/15/2014 | 0.1 | draft, file, serve fee application | $250.00 | $25.00 |
| | | | | **$225.00** |

| Date | | Service | Rate | Total |
|---|---|---|---|---|
| 9/22/2013 | 2 | postage, w return post | $0.45 | $0.90 |
| 9/22/2013 | 4 | copies | $0.50 | $2.00 |
| 9/15/2014 | 1 | postage, fee app | $0.49 | $0.49 |
| 9/15/2014 | 6 | copies, fee app, double side | $0.50 | $3.00 |
| | | | | **$6.39** |